**Stephen BLOOMER; Karla Harksen, Plaintiffs–Appellants,**

v.

**Joe CAFFREY, Scott County Deputy Sheriff; Scott County Iowa; Unknown Defendants, Defendants–Appellees,**

**Henry W. Latham, II, Defendant.**

No. 16–1063

United States Court of Appeals, Eighth Circuit.

Submitted: August 17, 2016

Filed: August 22, 2016

Stephen Bloomer, Davenport, IA, Pro Se.

Karla Harksen, Davenport, IA, Pro Se.

Robert Lee Cusack, Assistant County Attorney, Scott County Attorney's Office, Davenport, IA.

Before LOKEN, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Stephen Bloomer and his mother, Karla Harksen, appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court reviewed the record de novo and carefully considered the arguments for reversal. Summary judgment was proper. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (de novo standard of review; summary judgment is appropriate if record, viewing facts and inferences in light most favorable

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

to nonmoving party, shows there is no genuine issue as to any material fact and moving party is entitled to judgment as matter of law).

The judgment is affirmed. *See* 8th Cir. R. 47B.